UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUEHAILY DIAZ-FERNANDEZ | : | NO.: 3:20-CV-00801 (JCH) |
| v. | : | |
| CITY OF HARTFORD POLICE DEPARTMENT; CITY OF HARTFORD CHIEF OF POLICE JAMES ROVELLA, In their official and individual capacity; SUPERVISING OFFICER SEARGENT M. CRETER, In their official and individual Capacity; HPD OFFICER J. SUAREZ, In their official and individual capacity; HPD OFFICER C. HEBERT, In their official and individual capacity; UNKNOWN HPD OFFICER NO. 1; UNKNOWN HPD OFFICER NO. 2, In their official and individual capacity | : | OCTOBER 13, 2020 |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS CRETER, SUAREZ AND HEBERT

1. As to paragraphs 1-9, 11, 13, and 18 the defendants lack knowledge or information sufficient to base a belief about the truth of the matters contained therein and thereby leave the Plaintiff to her burden of proof.

2. The Defendants deny paragraphs 10, 12, 14-17, 19, 25, 27, 28, 30, 31, 33, 34, and 36.

3. The Defendants do not answer paragraphs 20-23 as they are directed as other parties.

4. As to paragraphs 24, 26, 29, 32, and 35, all of which reallege paragraphs 5-19, the defendants incorporate by reference their answers to paragraphs 5-19.

## **BY WAY OF AFFIRMATIVE DEFENSE**

1. The complaint fails to state a claim upon which relief may be granted.

2. The Plaintiff's federal claims are barred by the doctrine of qualified immunity.

3. The Plaintiff's negligence-based claims are barred by the doctrine of governmental immunity.

4. The Plaintiff's negligence-based claims are barred by contributory negligence.

5. The Plaintiff's recklessness claim is barred by the Plaintiffs contributory recklessness.

6. As to all state law-based claims the Defendants' conduct related to use of force was justified by Conn. Gen State Sec 53a-22.

7. Pursuant to Conn. Gen. Stat. Sec 53a-23 the plaintiff lacked justification to use any force in resisting arrest.

**THE DEFENDANTS DEMAND TRIAL BY JURY**

           DEFENDANTS,
           OFFICERS M. CRETER, J. SUAREZ and C. HEBERT

           By */s/ Thomas R. Gerarde*
            Thomas R. Gerarde
            Ct05640
            Alan R. Dembiczak
            ct25755
            Howd & Ludorf, LLC
            65 Wethersfield Avenue
            Hartford, CT 06114-1190
            (860) 249-1361
            (860) 249-7665 fax
            tgerarde@hl-law.com
            adembiczak@hl-law.com

**CERTIFICATION**

      This is to certify that on October 12, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Ronald S. Johnson, Esq.
Law Office of Ronald S. Johnson
100 Wells Street, Suite 2C
Hartford, CT 06103

Nathalie Feola-Guerrieri, Esq.
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CT 06103

                                                               */s/ Thomas R. Gerarde*
                                                                    Thomas R. Gerarde