UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUEHAILY DIAZ-FERNANDEZ | : | NO.: 3:20-CV-00801 (JCH) |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD POLICE DEPARTMENT; CITY OF HARTFORD CHIEF OF POLICE JAMES ROVELLA, In their official and individual capacity; SUPERVISING OFFICER SEARGENT M. CRETER, In their official and individual Capacity; HPD OFFICER J. SUAREZ, In their official and individual capacity; HPD OFFICER C. HEBERT, In their official and individual capacity; UNKNOWN HPD OFFICER NO. 1; UNKNOWN HPD OFFICER NO. 2, In their official and individual capacity | : | NOVEMBER 12, 2021 |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Fed.R.Civ.P. 16(b), Local Rule 7(b), the undersigned defendants hereby move for an extension of time of thirty (30) days, up to and including **December 30, 2021**, within which to file a joint trial memorandum.

The defendants are still attempting to obtain some missing discovery from the plaintiff, and if it is obtained it might affect settlement discussions in the case. The filing of a joint trial memorandum would be unfruitful until such time as all discovery is obtained in the case and meaningful settlement discussions occur prior to same.

Therefore, additional time is necessary to obtain all outstanding discovery, have meaningful settlement negotiations, and thereafter, draft and e-file a joint trial memorandum with the Court, accompanied by all of its required attachments.

Defense counsel has contacted counsel for the plaintiff, Attorney Ronald S. Johnson, inquiring as to the plaintiff's position on this motion. The plaintiff consents to the granting of this motion.

WHEREFORE, the undersigned defendants respectfully request that their motion for extension of time, up to and including **December 30, 2021**, be granted.

DEFENDANTS,
OFFICERS M. CRETER, J. SUAREZ
AND C. HEBERT


By /s/ Alan R. Dembiczak
   Alan R. Dembiczak
   ct25755
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665 fax
   adembiczak@hl-law.com

## **CERTIFICATION**

      This is to certify that on **November 12, 2021**, a copy of the foregoing **Motion for Extension of Time** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Ronald S. Johnson, Esq.
Law Office of Ronald S. Johnson
100 Wells Street, Suite 2C
Hartford, CT 06103

Nathalie Feola-Guerrieri, Esq.
Senior Assistant Corporation Counsel
City of Hartford
550 Main Street, Suite 210
Hartford, CT 06103

                                                          /s/ Alan R. Dembiczak
                                                          Alan R. Dembiczak